20 A.3d 1189

**Malik ALSTON, Appellant**

**v.**

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 4 EAP 2011.**

Supreme Court of Pennsylvania.

May 24, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of May, 2011, the order of the Commonwealth Court is **AFFIRMED.** *See Poulson v. Pennsylvania Bd. of Probation and Parole,* 610 Pa. 394, 20 A.3d 1178 (2011).